UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ASCENSION HEALTH DECEMBER 2024 DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>JACQUELINE TAPIA, ANGELA ALAVEZ, ISABELLA CASANOVA, GREGORY GARDNER, JOAN VISINTAINER, VINCENT CIPOLLA, RAYMOND PETTUS, KIMBERLY COVINGTON-BERNAL, CAROLYN PRESLEY, ELISE BELL, and HEATHER WATKINS individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>ASCENSION HEALTH,<br><br>  Defendant. | Cause No. 4:25-cv-00626-JMD<br><br>JURY TRIAL DEMANDED |

## CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of

attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: October 3, 2025

Respectfully Submitted,

By: */s/ Colleen Kinsey*
Maureen Bryan           #49454MO
Halle L. Dimar          #59004MO
Colleen A. Kinsey       #71972MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070   FAX: 314.237.1535
mbryan@atllp.com
hdimar@atllp.com
ckinsey@atllp.com
E-serveBTC@atllp.com

ATTORNEYS FOR DEFENDANT ASCENSION HEALTH

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **3rd** day of **October 2025**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

John F. Garvey #35879
Colleen Garvey #72809
Ellen A. Thomas #73043
STRANCH, JENNINGS & GARVEY, PLLC
701 Market Street
Peabody Plaza, Suite 1510
St. Louis, Missouri 63101
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com
*Counsel for Plaintiffs and the Proposed Class*

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gstranch@stranchlaw.com
*Counsel for Plaintiffs and the Proposed Class*

Jeff Ostrow (*pro hac vice forthcoming*)
Kopelowitz Ostrow P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
ostrow@kolawyers.com
*Counsel for Plaintiffs and the Proposed Class*

Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com
*Counsel for Plaintiffs and the Proposed*

2

| | |
|---|---|
| Ben Barnow<br>Anthony L. Parkhill<br>Barnow and Associates, P.C.<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>b.barnow@barnowlaw.com<br>aparkhill@barnowlaw.com<br>*Counsel for Plaintiffs and the Proposed Class* | *Class*<br><br>Raina C. Borrelli<br>Strauss Borrelli PLLC<br>One Magnificent Mile<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>raina@straussborrelli.com<br>*Counsel for Plaintiffs and the Proposed Class* |
| Lynn A. Toops<br>Amina A. Thomas<br>Cohenmalad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>ltoops@cohenmalad.com<br>athomas@cohenmalad.com<br>*Counsel for Plaintiffs and the Proposed Class* | William B. Federman<br>Tanner R. Hilton<br>Federman & Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>43131 North Central Expressway, Suite 900<br>Dallas, TX 75204<br>wbf@federmanlaw.com<br>trh@federmanlaw.com<br>*Counsel for Plaintiffs and the Proposed Class* |
| James J. Rosemergy<br>Carey, Danis & Lowe<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>jrosemergy@careydanis.com<br>*Counsel for Plaintiffs and the Proposed Class* | Paul J. Doolittle<br>Poulin\| Willey\| Anasopoulo<br>32 Ann Street<br>Charleston, SC 29403<br>cmad@poulinwilley.com<br>*Counsel for Plaintiffs and the Proposed Class* |
| | */s/ Colleen Kinsey* |